**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Universal Recovery Systems, Inc., | Civil No. 08-1199 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Soundbite Communications, Inc., | |
| Defendant. | |

Based on the parties' Stipulation (Doc. No. 26), **IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby **DISMISSED WITH PREJUDICE** in its entirety and each party shall bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCODRINGLY.**

Dated: July 1, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge